| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Filip, Mark R. | 2. Court or Organization<br><br>U.S. District Court<br>Northern District of Illinois | 3. Date of Report<br><br>7/11/2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/2005 to 12/31/2005 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn, 19th Floor<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| 1 Board Member and Exec. Committee Member | University of Illinois Alumni Association |
| 2 Trustee | Trust No. 1 |
| 3 Trustee | Trust No. 2 |

*(received stamp: FINANCIAL DISCLOSURE OFFICE — 2006 JUL 13 A 11:45 — RECEIVED)*

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements.) | |
| 1 2005 | Skadden Arps Slate Meagher & Flom Retirement Plan – No control, money inaccessible until |
| 2 | Age 55. Do not know composition of the investment funds. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 2005 | University of Chicago Law School (lecturer in law) | $ 23,000 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 2004 | Self-employed (greeting cards, birthday invitations) | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Mark R. Filip | Date of Report<br>July 11, 2006 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
|  | NONE (No such reportable reimbursements.) | |
| 1 | None | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|  | NONE (No such reportable gifts.) | | |
| 1 | Ryan Stoll and Matthew Kipp | Downtown health club membership for birthday | $ approx. $450 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
|  | NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mark R. Filip | July 11, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Northern Trust Accounts | A | INT. | L | T | | | | | |
| 2  Trust No. 1 (Northern Stock Index Fund) | A | DIV. | J | T | | | | | |
| 3  Trust No. 2 (Northern Stock Index Fund) | A | DIV. | J | T | | | | | |
| 4  IRA Account | B | DIV. | L | T | Automatic | | | | |
| 5     (Northern Stock Index Fund) | | | | | reinvestment | | | | |
| 6     (Northern Money Market Fund) | | | | | of dividends | or | gains | into | index funds. |
| 7  Investment Account No. 1 | D | DIV. | N | T | Buy | 1/18 | L | | Purchased with Cash from |
| 8     (Northern Stock Index Fund) | | | | | | | | | "Northern Trust Accounts" |
| 9     (Northern Sm. Cap Index Fund) | | | | | Automatic | | | | |
| 10    (Northern Money Market Fund) | | | | | reinvestment | | | | |
| 11    (Nrthn Fixed Income Index Funds) | | | | | of dividends | or | gains | into | respective funds. |
| 12  Skadden Arps Pension Plan | None | | L | T | | | | | |
| 13  (No control: "common investment fund" | | | | | | | | | |
| 14  –no access to money until age 55, money | | | | | | | | | |
| 15  managed by others with no input or | | | | | | | | | |
| 16  knowledge of composition or acts by me.) | | | | | | | | | |

1  Income/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3  Value Method Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| | FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Mark R. Filip | July 11, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I. Positions (cont.)

4. Lecturer in Law
University of Chicago Law School

---

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____7/11/06_____

NOTE: ANY [redacted] GLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO [redacted] CTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544